# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

138403

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ELVIA LAGACE,
        Plaintiff-Appllee,

v

DAVID J. STANTON & ASSOCIATES, INC.,
d/b/a WENDY'S,
        Defendant-Appellant.

SC: 138403
COA: 287561
WCAC: 07-000108

_____/

      On order of the Court, the application for leave to appeal the January 28, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

0518

_____
Clerk